# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **OMAR SULLIVAN,** | |
| **Plaintiff,** | |
| v. | Civil Action No. 16-2116 (KM) (MAH) |
| **EAST ORANGE POLICE DEPARTMENT, et al.,** | REPORT AND RECOMMENDATION |
| **Defendants.** | |

This matter having come before the Court for an Order to Show Cause issued on July 15, 2016 [D.E. 8] requiring the Plaintiff to submit a letter no later than July 29, 2016 showing cause why the Complaint should not be dismissed; [1]

and the Order to Show Cause advising that failure to respond will result in recommendation that the United States District Judge dismiss the case;

and Plaintiff having failed to respond to the Order to Show Cause;

and for good cause shown;

**IT IS on this 5th day of October, 2016,**

the Undersigned respectfully recommends that the District Court dismiss this action. Under 28 U.S.C. § 636, and L. Civ. R. 71.1(c)(2), the parties have fourteen days to file and serve objections to this Report and Recommendation.

                                                                                                                                       s/ *Michael A. Hammer*
                                                                                                                                       **UNITED STATES MAGISTRATE JUDGE**

---

[1] As described in the July 15, 2016 Order to Show Cause [D.E. 8], this case was removed on April 18, 2016, and appears to be identical to the first-filed Civil Action No. 2:16-cv-1814-ES-MAH, which was removed on March 31, 2016. Plaintiff has filed an Amended Complaint [D.E. 12] in the first-filed action, and Defendants have filed a motion to dismiss the Amended Complaint [D.E. 17]. The parties appear to have abandoned the present action, because they did not submit any response to the Order to Show Cause.