UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **OMAR SULLIVAN**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**EAST ORANGE POLICE DEPARTMENT,** et al.<br><br>    **Defendants.** | No. 16-cv-2116 (KM)(MAH)<br><br>**ORDER** |

### KEVIN MCNULTY, U.S.D.J.:

This matter comes before the Court on the Report and Recommendation ("R&R") (ECF No. 9) of the Honorable Michael A. Hammer, United States Magistrate Judge, recommending that the case be dismissed; and no party having filed an objection to the R&R; and the Court having considered all the foregoing and decided the matter without oral argument pursuant to FED. R. CIV. P. 78; and for good cause shown:

**IT IS** this 3rd day of November, 2016,

**ORDERED** that Judge Hammer's Report and Recommendation (ECF No. 9) is ADOPTED, and matter is DISMISSED without prejudice.

The Clerk shall close the file.

_____
**KEVIN MCNULTY**
**United States District Judge**